IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

MELISSA BROWN,

    Plaintiff

vs.

CALHOUN-LIBERTY HOSPITAL
ASSOCIATION, INC., d/b/a CALHOUN-
LIBERTY HOSPITAL

    Defendant.

_____/

Case Number: _____
Calhoun County Case No: 2009-CA-00323

## NOTICE OF REMOVAL

Defendant, CALHOUN-LIBERTY HOSPITAL ASSOCIATION, INC., d/b/a CALHOUN-LIBERTY HOSPITAL, by and through its undersigned attorneys, files this Notice of Removal and, as grounds therefore, states:

1.    Removal of this cause is authorized pursuant to 28 U.S.C. §§ 1441 and 1446.

2.    Plaintiff originally filed this action in the Circuit Court of the Fourteenth Judicial Circuit in and for Calhoun County, Florida (Case No. 2009-CA-00323).

3.    This action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 1343, in that it alleges, or attempts to allege, claims that arise under federal law, specifically 42 U.S.C. § 2000 et seq. and 42 U.S.C. §1981a.

4.    Defendant was served with the Summons and Complaint on Defendant on December 9, 2009.

5.      This Notice of Removal is filed timely within thirty (30) days after service of the Summons and Complaint.

6.      Defendant has provided Plaintiff and the Clerk of the Fourteenth Judicial Circuit Court in and for Calhoun County, Florida with written notice of the filing of this Notice of Removal.

7.      True and correct copies of all pleadings filed in the Circuit Court of the Fourteenth Judicial Circuit in and for Calhoun County, Florida (Case No. 2009-CA-00323) are being filed with the Clerk of Court for the United States District Court for the Northern District of Florida simultaneously with this Notice of Removal.

    Respectfully submitted,

    BROAD AND CASSEL

    s/Ginger Lynne Barry_____
    Ginger L. Barry
    Florida Bar Number 0294550
    200 Grand Boulevard, Suite 205A
    Destin, Florida 32550
    Telephone: (850) 269-0148
    Telecopier: (850) 521-1472
    gbarry@broadandcassel.com

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by via ECF/CM to Marie A. Mattox, P.A., 310 East Bradford Road, Tallahassee, Florida 32303, on this 23rd day of December, 2009.

    s/Ginger Lynne Barry_____
    Attorney