IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MELISSA A. BROWN,**

    **Plaintiff,**

**vs.**                                              **CASE NO. 5:09cv403/RS-MD**

**CALHOUN-LIBERTY HOSPITAL
ASSOCIATION, INC.,**

    **Defendant.**
_____/

## ORDER

The relief requested by Plaintiff's Consent Motion for Order Authorizing Depositions on July 14, 2010 (Doc. 38) is granted.

**ORDERED** on July 14, 2010.

                                                **/s/ Richard Smoak**
                                                **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**